UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FRED MESI and ERIC MESI, | 3:08-cv-00486-LRH-RAM |
| Plaintiffs, | |
| vs. | MINUTE ORDER |
| | May 5, 2009 |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK, et al., | |
| Defendants. | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):      NONE APPEARING

COUNSEL FOR DEFENDANT(S):      NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is FDIC-Receiver's Motion to Further Stay Proceedings Pending Exhaustion of Mandatory Administrative Claims Process (#39[1]) until the earlier of September 19, 2009, or the date on which FDIC-Receiver makes a determination on Plaintiffs' claims in order to permit exhaustion of the administrative claims process mandated by FIRREA.  No response has been filed by plaintiffs.

    GOOD CAUSE APPEARING, FDIC-Receiver's Motion to Stay Proceedings (#39) is GRANTED until the earlier of September 19, 2009, or the date on which FDIC-Receiver makes a determination on Plaintiffs' claims.

LANCE S. WILSON, CLERK

By:       /s/
    Deputy Clerk

---

[1] Refers to court's docket number.