1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, RENO

| | |
|---|---|
| FRED MESI and ERIC MESI, | CASE NO.: 3:08-CV-00486-LRH-RAM |
| Plaintiffs, | **ORDER SETTING SCHEDULE FOR FDIC-RECEIVER TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK, IFG LENDING, BRIAN SCHNEIDER, FIDELITY NATIONAL TITLE, TICOR TITLE OF NEVADA, INC., CALIFORNIA RECONVEYANCE, IMPACT FINANCIAL GROUP, INC. SIERRA PACIFIC MORTGAGE COMPANY, INC. and DEBORAH COPE, | |
| Defendants. | |

- 1 -

1   The parties have met and conferred and agree that the stay in this case has expired. The
2   parties have also agreed to the following schedule for Defendant Federal Deposit Insurance
3   Corporation, as Receiver for Washington Mutual Bank ("FDIC-Receiver") to respond to the
4   Plaintiffs' First Amended Complaint, which the Court adopts:

5   -FDIC-Receiver will file a motion to dismiss Plaintiffs' claims by December 18, 2009.

6   -Plaintiffs' Response to FDIC-Receiver's Motion will be filed by January 22, 2010.

7   -FDIC-Receiver's Reply in Support of its Motion will be filed by February 5, 2010.

**IT IS SO ORDERED.**

DATED: November 24, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE