**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \*

| | |
|---|---|
| FRED MESI and ERIC MESI, <br><br>            Plaintiffs, <br><br>      v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK, et al., <br><br>            Defendants. <br>_____/ | Case No. 3:08-cv-00486 <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION'S MOTION TO DIMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank ("FDIC-Receiver"), through their respective counsel, as follows:

1) Plaintiffs shall file their response to Defendant FDIC-Receiver's Motion to Dismiss Plaintiffs' First Amended Complaint no later than January 25, 2010.

2) Defendant FDIC-Receiver shall file its reply no later than February 8, 2010.

///

**HAGER & HEARNE**
245 E. Liberty St., Suite 110
Reno, Nevada 89501
TELEPHONE: (775) 329-5800/ FACSIMILE: (775) 329-5819

3) The content of this Stipulation is acceptable to all persons signing this document.

DATED this 21st day of January, 2010.

HAGER & HEARNE						BAKER BOTTS, LLP

/s/ Treva J. Hearne					/s/ Stephen M. Ng
Treva J. Hearne						David A. Super (pro hac vice)
Hager & Hearne						Ryan E. Bull (pro hac vice)
245 E. Liberty Street					Stephen M. Ng (pro hac vice)
Suite 110							The Warner
Reno, Nevada 89501					1299 Pennsylvania Avenue, N.W.
*Attorney for Plaintiffs*					Washington D.C. 20004
							*Attorneys for Defendant Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank*

## **ORDER**

IT IS SO ORDERED this 25th day of January, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2

**STIPULATION AND ORDER FOR PLAINTIFFS' RESPONSE TO DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**